IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PHILLIPPI SULTAN LOWE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:24-cv-0778-RAH-KFP |
| STATE OF ALABAMA, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This case is before the Court on a Recommendation of the Magistrate Judge entered on March 20, 2025. (Doc. 6.) In the Recommendation, the Magistrate Judge recommends dismissal of this case because the Complaint is frivolous, contains nothing more than labels that are void of factual allegations, and fails to state a claim. In response, the Plaintiff has filed a "Motion," which the Court construes as an objection, stating that the Recommendation is "Unconstitutional, is clearly in Error, that Cloaks etc., the clear lack of any Legal Support of U.S. Constitution Supreme Law, and is intended to harass, embarrass plaintiff and is null, and void etc." (Doc. 9.) Aside from these labels, the Motion provides no other discussion or argument as to why the Recommendation is erroneous. After an independent review of the file, and for good cause, it is ORDERED as follows:

(1) The Motion (Doc. 9) is DENIED and the objections are OVERRULED;

(2) The Recommendation is ADOPTED; and,

(3) This case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 2nd day of June 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE